Certificate Number: 14912-PAE-DE-032538018

Bankruptcy Case Number: 14-12643



14912-PAE-DE-032538018

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on April 1, 2019, at 8:57 o'clock PM EDT, Wayne Hunter completed a course on personal financial management given by internet by 001 Debtoredu LLC, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:  April 1, 2019        By:   /s/Jai Bhatt

Name: Jai Bhatt

Title: Counselor