## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: Wayne Pernell Hunter | | |
| Debtor(s) | | CHAPTER 13 |
| MIDFIRST BANK | | |
| Movant | | |
| vs. | | NO. 14-12643 AMC |
| Wayne Pernell Hunter | | |
| Debtor(s) | | |
| William C. Miller, Esq. | | |
| Trustee | | 11 U.S.C. Section 362 |

### ORDER

AND NOW, this        day of              , 2018, upon failure of Debtor(s) and the Trustee to file an answer or otherwise plead, it is:

ORDERED THAT: The Motion for Relief from the Automatic Stay is granted and the automatic stay of all proceedings, as provided under Section 362 of Title 11 of the United States Code, as amended, is modified as to Movant, with respect to the subject premises located at 8616 Thouron Avenue, Philadelphia, PA 19150 ("Property"), to allow Movant, or its successor or assignee, to proceed with its rights and remedies under the terms of the subject mortgage and pursue its *in rem* State Court remedies including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives including, but not limited to, a loan modification, short sale or deed-in-lieu of foreclosure. Furthermore, the automatic stay, having been so modified, shall not prohibit any purchaser of the Property at Sheriff's Sale (or purchaser's assignee) from taking any legal action to enforce or establish its right to possession of the Property.

**Date: June 18, 2019**

_____
United States Bankruptcy Judge

Wayne Pernell Hunter
8616 Thouron Avenue
Philadelphia, PA 19150

JERMAINE HARRIS, ESQUIRE
21 South 12th Street
Suite 100
Philadelphia, PA 19107

William C. Miller, Esq.
Chapter 13 Trustee
PO Box 1229
Philadelphia, PA 19105

KML Law Group, P.C.
Suite 5000 – BNY Mellon Independence Center
701 Market Street
Philadelphia, PA 19106-1532