United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 14-12643-amc
Wayne Pernell Hunter                                                    Chapter 13
     Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: Linda              Page 1 of 1          Date Rcvd: Jun 18, 2019
                              Form ID: pdf900          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 20, 2019.
db             +Wayne Pernell Hunter,    8616 Thouron Avenue,    Philadelphia, PA 19150-2311

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 20, 2019                            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 18, 2019 at the address(es) listed below:
      ANDREW F GORNALL    on behalf of Creditor    MIDFIRST BANK agornall@kmllawgroup.com,
       bkgroup@kmllawgroup.com
      DENISE ELIZABETH CARLON    on behalf of Creditor    MIDFIRST BANK bkgroup@kmllawgroup.com
      JERMAINE D. HARRIS    on behalf of Debtor Wayne Pernell Hunter jermaineh02@msn.com
      JOSHUA ISAAC GOLDMAN    on behalf of Creditor    MIDFIRST BANK bkgroup@kmllawgroup.com,
       bkgroup@kmllawgroup.com
      KEVIN G. MCDONALD    on behalf of Creditor    MIDFIRST BANK bkgroup@kmllawgroup.com
      MATTEO SAMUEL WEINER    on behalf of Creditor    MIDFIRST BANK bkgroup@kmllawgroup.com
      THOMAS I. PULEO    on behalf of Creditor    MIDFIRST BANK tpuleo@kmllawgroup.com,
       bkgroup@kmllawgroup.com
      United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
      WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
       philaecf@gmail.com
      WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com
                                                                                      TOTAL: 10

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: Wayne Pernell Hunter | | CHAPTER 13 |
| | Debtor(s) | |
| MIDFIRST BANK | Movant | |
| vs. | | NO. 14-12643 AMC |
| Wayne Pernell Hunter | Debtor(s) | |
| William C. Miller, Esq. | Trustee | 11 U.S.C. Section 362 |

## ORDER

AND NOW, this       day of            , 2018, upon failure of Debtor(s) and the Trustee to file an answer or otherwise plead, it is:

ORDERED THAT: The Motion for Relief from the Automatic Stay is granted and the automatic stay of all proceedings, as provided under Section 362 of Title 11 of the United States Code, as amended, is modified as to Movant, with respect to the subject premises located at 8616 Thouron Avenue, Philadelphia, PA 19150 ("Property"), to allow Movant, or its successor or assignee, to proceed with its rights and remedies under the terms of the subject mortgage and pursue its *in rem* State Court remedies including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives including, but not limited to, a loan modification, short sale or deed-in-lieu of foreclosure. Furthermore, the automatic stay, having been so modified, shall not prohibit any purchaser of the Property at Sheriff 's Sale (or purchaser's assignee) from taking any legal action to enforce or establish its right to possession of the Property.

**Date: June 18, 2019**

_____
United States Bankruptcy Judge

Wayne Pernell Hunter
8616 Thouron Avenue
Philadelphia, PA 19150

JERMAINE HARRIS, ESQUIRE
21 South 12th Street
Suite 100
Philadelphia, PA 19107

William C. Miller, Esq.
Chapter 13 Trustee
PO Box 1229
Philadelphia, PA 19105

KML Law Group, P.C.
Suite 5000 – BNY Mellon Independence Center
701 Market Street
Philadelphia, PA 19106-1532